UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
PLAINTIFF

V                                    CASE NO- 1:97CR106-WHA

THOMAS HOLLIS, Pro se  2:07-CV-431-WHA
PETITIONER- DEFENDANT

* APPLICATION FOR A WRIT OF HABEAS CORPUS

Comes Now THOMAS HOLLIS, CASE NUMBER 1:97CR106-WHA, AM SERVING 15 MONTHS, Supervised Release Violation, AT USP, Big Sandy, Po Box 2068, Inez KY 41224. UNDER THE CUSTODY OF WARDEN RIOS, BY VIRTUE OF THE UNITED STATES JUSTICE DEPARTMENT, BUREAU OF PRISONS.

28, USC, CHAPTER 153- HABEAS CORPUS § 2241, 2242, AND § 2243 - ISSUANCE OF WRIT; RETURN; hearing; decision UNLESS THE APPLICATION FOR THE WRIT AND THE RETURN PRESENT ONLY ISSUES OF LAW THE PERSON to whom THE WRIT IS DIRECTED SHALL BE REQUIRED TO PRODUCE AT THE hearing THE Body OF THE PERSON DETAINED

PARAGRAPH 2 - THE WRIT OR ORDER TO SHOW CAUSE SHALL BE DIRECTED TO THE PERSON HAVING CUSTODY OF THE PERSON DETAINED. IT SHALL BE RETURNED WITHIN 3 DAYS.

I REQUEST THE COURT THAT IT WILL ORDER, IMMEDIATE MEDICAL ATTENTION. I'VE BEEN PASSING BLOOD THROUGH MY URINE. I HAVE AN INFECTION. ALSO SEVERE PAIN. NO ONE WILL GIVE ME PROPER MEDICAL CARE. THIS PROBLEM STARTED ON MAY 1st 2007. I'M IN, SPECIAL HOUSING UNIT AND WON'T HAVE ACCESS TO A PHONE FOR FOUR MORE WEEK'S. I'M PRAYING, YOUR HONOR, THAT YOU WILL GRANT THE REQUEST FOR HELP WITH MY HABEAS CORPUS SO THAT DUE PROCESS CAN BE SERVED, AND ALL PETIONER'S RIGHT'S WILL BE PROTECTED AS PROVIDED BY THE CONSTITUTION AND AMMENDMENTS OF THE UNITED STATES OF AMERICA.

DATE - 5-8-2007

THANK YOU.
SIGNED
Thomas Hollis 10018-002

① THIS IS MY TRUE AND CORRECT SIGNATURE AS AN UNSWORN DECLARATION UNDER PENALTY OF PERJURY, 28 USC, 1746

THOMAS HOLLIS 10018-002
USP BIG SANDY
P.O. BOX 2068 INEZ, KY 41224





INMATE NAME: Thomas Hollis
REGISTER NUMBER: 10018-002

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

Legal Mail,
Do not Open

Clerk of the Court,
United States Court House
Montgomery, Al 36101