**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk Leslie G. Whitmer
United States District Court
Eastern District of Kentucky
101 Barr Street, Room 206
Lexington, KY 40588-3074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery
L. Gunn    5-21-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:07cv431
entire file

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 8832

Domestic Return Receipt    102595-02-M-1540